**EXHIBIT A TO FORM 2016**

| Total Funds Paid Prepetition | $1450 (handwritten) |
|---|---|
| Total Initial Attorney Fees Charged in Chapter 13 Case, subject to any Court approved additional fees | $2,900.00 |

The Total Funds you will pay to CLG prior to your Bankruptcy Filing will be applied as follows:

| If Applies | Amount | Description | Payee |
|---|---|---|---|
| ☒ Yes ☐ No | $310.00 (13) **$335.00 (7)** (circled) | Bankruptcy Court filing Fee | US Bankruptcy Court |
| ☒ Yes ☐ No | $33.00 | Credit Report (if Single Debtor filing Bankruptcy) | Cin Legal |
| ☐ Yes ☐ No | $53.00 | Credit Report (if Joint Debtors filing Bankruptcy) | Cin Legal |
| ☒ Yes ☐ No | $30.00 | Credit Counseling & Debt Education | DECAF |
| ☐ Yes ☐ No | $50.00 | Land Record Search | CLG |
| ☐ Yes ☐ No | $25.00 | Post-Filing Lien Search | CLG |
| ☐ Yes ☐ No | $ | Funds applied to Chapter 13 plan payments | Chapter 13 Trustee |
| ☒ Yes ☐ No | $ 1052.00 (handwritten) | Attorney's Fees paid prepetition | CLG |
| ☐ Yes ☐ No | $ | Other: | |
| Total Paid Prepetition | $ | | |

The Balance of the Initial Attorney's
Fees to be paid by the Chapter 13
Trustee through the client's plan: $ 0 (handwritten)

*This does not limit future post-petition fees subject to our Fee Agreement and/or Court approval.